**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| SHERRY COX, et al. | : | Civil Action No. C-1-01-643 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Hogan |
| vs. | : | |
| | : | |
| METABOLIFE INTERNATIONAL, INC. | : | |
| | : | |
| Defendant | : | |

| | | |
|---|---|---|
| BARBARA J. BRADLEY, et al. | : | Civil Action No. 02-CV-809 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Hogan |
| vs. | : | |
| | : | |
| METABOLIFE INTERNATIONAL, INC. | : | |
| | : | |
| Defendant | : | |

**PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S
EXPERT WITNESS TESTIMONY**

Plaintiff's respectfully request that this Honorable Court exclude the testimony of Defendant's expert witnesses, Craig A. Molgaard, Ph.D., Ronald W. Millard, Ph.D. and Guy Rohrdorf, M.D. Plaintiff's submit that each of these witnesses lacks an adequate foundation for their opinions as required by Fed. R. Evid. 702 and 703, and therefore their testimony must be excluded pursuant to *Daubert v. Merrell Dow Pharmaceuticals,*

*Inc.*, 509 U.S. 579 (1993). This motion is supported by the accompanying memorandum of law.

>Respectfully submitted,
>
>**s/Janet G. Abaray**
>Janet G. Abaray, Esq. (0002943)
>Beverly H. Pace, Esq. (0037534)
>LOPEZ, HODES, RESTAINO,
>MILMAN & SKIKOS
>312 Walnut St., Suite 2090
>Cincinnati, OH 45202
>(513) 852-5600
>(513) 852-5611 (fax)
>jabaray@lopez-hodes.com
>bpace@lopez-hodes.com
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2003, a true and correct copy of the foregoing Plaintiffs' Motion to Exclude Defendant's Expert Witness Testimony was sent via first class mail to the following:

Thomas P. Mannion, Esq.
Sutter O'Connell Mannion & Farchione Co.
3600 Erieview Tower
1301 East 9th Street
Cleveland, OH 44114

Attorney for Defendant

>**s/Beverly H. Pace**
>Beverly H. Pace, Esq.