**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHERRY COX, et al.** | : | Civil Action No. C-1-01-643 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Hogan |
| vs. | : | |
| | : | |
| **METABOLIFE INTERNATIONAL, INC.** | : | |
| | : | |
| Defendant | : | |

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL
AUTHORITY IN SUPPORT OF PLAINTIFFS'
MOTION TO EXCLUDE DEFENDANT'S EXPERT WITNESSES**

On November 12, 2003, the American Heart Association presented a scientific session entitled, *Does Metabolife 356 Have a Negative Impact on Hemodynamics?* Inasmuch as this scientific session was not available until after Plaintiffs' filed their Motion to Exclude Defendant's Expert Witnesses, Plaintiffs respectfully submit this new authority as a supplement to their motion. Plaintiffs respectfully direct the Court's attention to the conclusion found at page 15 of the Abstract:

> Administration of a single dose of Metabolife 356 increases systolic and diastolic blood pressure primarily due to increases in systemic vascular resistance. Since this herbal supplement is recommended to be taken every 4 hours, it is possible that the changes in blood pressure are maintained throughout the day.

Exhibit A (attached).

1

Respectfully submitted,

**/s/ Janet G. Abaray**
Janet G. Abaray, Esq.  (0002943)
Beverly H. Pace, Esq.  (0037534)
LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611 (fax)
jabaray@lopez-hodes.com
bpace@lopez-hodes.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2003, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk on the following:

Thomas P. Mannion, Esq.
Sutter O'Connell Mannion & Farchione Co.
3600 Erieview Tower
1301 East 9th Street
Cleveland, OH  44114

Attorney for Defendant

**/s/ Janet G. Abaray**
Janet G. Abaray