**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **SHERRY COX, et al.** : | Civil Action No. C-1-01-643 |
| **Plaintiffs,** : | Judge Beckwith |
| : | Magistrate Hogan |
| vs. : | |
| **METABOLIFE INTERNATIONAL, INC.** : | |
| **Defendant** : | |

**PLAINTIFFS' NOTICE OF FILING
OF DEPOSITION OF JYOTI MEHTA, M.D.**

Plaintiffs hereby give notice that a copy of the deposition of Jyoti Mehta, M.D. was filed with the Court on December 12, 2003.

                                                Respectfully submitted,

                                                **/s/ Janet G. Abaray**
                                                Janet G. Abaray, Esq.  (0002943)
                                                Beverly H. Pace, Esq.  (0037534)
                                                LOPEZ, HODES, RESTAINO,
                                                MILMAN & SKIKOS
                                                312 Walnut Street, Suite 2090
                                                Cincinnati, OH 45202
                                                (513) 852-5600
                                                (513) 852-5611 (fax)
                                                Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of December, 2003, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk on the following:

Thomas P. Mannion, Esq.
Sutter O'Connell Mannion & Farchione Co.
3600 Erieview Tower
1301 East 9th Street
Cleveland, OH  44114

Attorney for Defendant

                                          **/s/ Janet G. Abaray**
                                          Janet G. Abaray