1                   UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF OHIO

3                        WESTERN DIVISION

4

5       ---------------------------------------
                                              :
6       SHERRY COX, as Administrator of the    :
        Estate of Linda S. Beckman, deceased,  :
7                                              :
                   Plaintiff,                  :
8                                              :
             vs.                               :        CASE NO.
9                                              :        C-1-01-676
        METABOLIFE INTERNATIONAL, INC.,        :
10                                             :
                   Defendant.                  :
11                                             :
        ---------------------------------------

12

13

14           Deposition of:    JYOTI MEHTA, M.D.

15           Taken:            By the Defendant

16           Pursuant to:      Notice

17           Date:             March 3, 2003

18           Time:             Commencing at 10:01 a.m.

19           Place:            Buechner, Haffer,
                               O'Connell, Meyers & Healey
20                             Co., L.P.A.
                               300 Fourth & Walnut Centre
21                             105 East Fourth Street
                               Cincinnati, Ohio  45202-4015
22
             Before:           Susan M. Gee, RMR
23                             Notary Public - State of Ohio

24                                                    COPY

```
 1   APPEARANCES:

 2          On behalf of the plaintiff:

 3              Beverly H. Pace, Esq.
                    of
 4              Lopez, Hodes, Restaino, Milman, Skikos & Polos
                312 Walnut Street, Suite 2090
 5              Cincinnati, Ohio  45202

 6          On behalf of the defendant:

 7              Christina J. Marshall, Esq.
                    of
 8              Sutter, O'Connell, Mannion & Farchione
                3600 Erieview Tower
 9              1301 East Ninth Street
                Cleveland, Ohio  44114
10
            On behalf of the witness:
11
                Roger W. Healey, Esq.
12                  of
                Buechner, Haffer, O'Connell, Meyers & Healey
13              Co., L.P.A.
                300 Fourth & Walnut Centre
14              105 East Fourth Street
                Cincinnati, Ohio  45202-4015
15

16                        -  -  -

17

18

19

20

21

22

23

24
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

I N D E X

JYOTI MEHTA, M.D.                                          PAGE

    Cross-Examination by Ms. Marshall                4

EXHIBITS                          MARKED        REFERENCED

    Defendant's Exhibit 1          10              10
    Defendant's Exhibit 2          15              15
    Defendant's Exhibit 3          19              19

- - -

1   JYOTI MEHTA, M.D.

2   of lawful age, a witness herein, being first duly sworn as

3   hereinafter certified, was examined and deposed as follows:

4   CROSS-EXAMINATION

5   BY MS. MARSHALL:

6       Q.   Could you please state your name for the

7   record?

8       A.   Jyoti Mehta.

9       Q.   Dr. Mehta, my name is Christina Marshall.  We

10  just briefly met.  I represent Metabolife International in

11  this action, and there are a lot of questions I'm going to

12  be asking you regarding Linda Beckman, who is a former

13  patient of yours.  If there is anything you don't

14  understand, please let me know, and I can rephrase that.

15          Have you ever had your deposition taken before?

16      A.   No.

17      Q.   A couple things to keep in mind.  First thing

18  is to make sure that you speak loudly and clearly enough

19  for the court reporter to hear what you're saying.  She's

20  taking down everything that you are saying, so all of your

21  responses need to be verbal, yes or no, or any further

22  response that is necessary that you feel --

23      A.   Okay.

24      Q.   -- would make it complete.

1          A.     Okay.

2          Q.     The second thing is make sure that you don't

3     talk over me, because when two people are talking, it's

4     very difficult for the court reporter to take down what

5     we're saying, so allow me to finish my question before you

6     begin your response.

7          A.     Okay.

8          Q.     Fair enough?

9          A.     Yes.

10         Q.     Okay.  First, before I get into any questions

11    about Linda Beckman, I want to just get some background

12    information about you.  Can you tell me just some of your

13    educational background to begin with?

14         A.     I'm a board certified internist, geriatrics.

15         Q.     Where did you receive your undergraduate

16    degree?

17         A.     Bombay University in India.

18         Q.     And where did you receive your medical school

19    training?

20         A.     Medical school, Bombay University, India.

21         Q.     When did you come to the United States?

22         A.     1980.

23         Q.     Did you have to take a medical grad entrance

24    exam?

1    A.    Yes.

2    Q.    When did you take that?

3    A.    1980.

4    Q.    Did you pass that the first time?

5    A.    Yes.

6    Q.    When did you become board certified?

7    A.    1988.

8    Q.    What is it that you're board certified in?

9    A.    Internal medicine and geriatrics.

10    Q.    When did you receive those two board

11 certifications?

12    A.    1988, and the second one, 1992.  I don't

13 remember exact years.

14    Q.    When you say "the second one," do you mean the

15 second one being your geriatric board certification?

16    A.    Yes, specialty.

17    Q.    Is that what you specialize in today is

18 geriatrics?

19    A.    I have a board certification, yes.  Yes, I

20 practice.

21    Q.    Is the majority of your practice internal

22 medicine or geriatrics?

23    A.    Geriatrics more.

24    Q.    About what percentage would you say you do

```
 1    geriatrics as opposed to just internal medicine?

 2            A.      Maybe 60 percent, 60, 65 percent geriatrics.

 3            Q.      Do you have your own private practice?

 4            A.      Yes.

 5            Q.      Where is that located?

 6            A.      In Clermont County.  It's called Williamsburg.

 7            Q.      Can you give me that address?

 8            A.      Yeah.  It's 1001 West Main Street,

 9    Williamsburg, 45176.

10            Q.      How long have you been there?

11            A.      Fifteen years.

12            Q.      Where else do you practice?

13            A.      Also, I have another office in Anderson at

14    Hamilton County, Cincinnati.

15            Q.      Do you practice at any nursing homes?

16            A.      Yes.

17            Q.      What nursing homes?

18            A.      Several nursing homes around in the area.

19            Q.      You're licensed to practice in the state of

20    Ohio?

21            A.      Yes.

22            Q.      Are you licensed to practice in any other

23    states?

24            A.      No.
```

1       Q.   Getting, then, to your treatment of Linda

2  Beckman, do you remember the first time that you saw her as

3  a patient?

4       A.   It was many years ago.  I don't remember.

5       Q.   Have you had a chance to review any of your own

6  medical records concerning your treatment of Linda Beckman

7  before today?

8       A.   No.  Maybe looked, but not really.

9       Q.   Do you remember the reason for the first time

10  you saw her?

11       A.   As far as I recall, she only came for physical

12  exam or work physical or some sore throat, headaches.

13       Q.   Do you know how she was referred to you?

14       A.   No, I don't.

15       Q.   Is that something that you would document in

16  your records?

17       A.   If they are referred by someone and they tell

18  us, yes.

19       Q.   So if she was referred by another physician,

20  that would be noted in your records?

21       A.   Yes.

22       Q.   Do you remember anything concerning her first

23  visit with you?

24       A.   No.

1      Q.    What do you normally do during your first

2  visit, a first-time patient?

3      A.    Complete physical, history and physical.  They

4  have to fill out the history and physical exam form, and I

5  do the physical and ask questions and document things.

6      Q.    So there's actually a form that the patient

7  fills out themselves?

8      A.    Yes.

9      Q.    Was that a practice that you had back in 1995?

10     A.    I think I had that practice all along, but I

11  don't recall.

12     Q.    I'm just asking, because we did ask for the

13  records from your office.

14     A.    Right.

15     Q.    And I did not see anything along the lines of a

16  form being filled out by Linda Beckman.

17     A.    Right.  Probably not 95 but somewhere along the

18  line, when she came in, she had filled out the form.

19     Q.    So at some point in time --

20     A.    Or I fill it out.  It depends.

21     Q.    In any event, I don't have anything that's

22  similar to that, so I guess what I would be asking for is

23  if you do have something like that, if you could produce

24  that or plaintiff's counsel perhaps has it.

1          MS. PACE:  I don't have one.  They weren't in

2     any documents either.

3          MS. MARSHALL:  That's fine.

4     Q.    What I will show you is the first record that I

5  have, and I'll go ahead and have this marked as an exhibit.

6          (Defendant's Exhibit 1 was marked for

7          identification.)

8     Q.    Dr. Mehta, I'll show you what's been marked as

9  Defendant's Exhibit 1.  Why don't you take a look at that?

10 Do you recognize that?

11    A.    Uh-huh.

12    Q.    Is that a yes?

13    A.    Yes.

14    Q.    How do you recognize that?

15    A.    It's my handwriting.

16    Q.    All right.  It looks like here that the first

17 visit that we have, anyway, is on January 19th, 1995.

18 Would that be accurate?

19    A.    Yes.

20    Q.    It also notes some history down on the top

21 right-hand corner for her mother and her father.  Could you

22 read to me what your notations are right there?

23    A.    Family history, mother diabetes and father

24 glaucoma.  She never had a hospitalization.  Smoked half

1  pack a day.  Occasional alcohol.

2      Q.    Okay.  That does say occasional.  It looks like

3  she had no allergies, she was not taking any medications,

4  correct?

5      A.    Right.

6      Q.    And she indicated to you that she had not had

7  any operations?

8      A.    No.

9      Q.    Can you read to me what you have noted down

10  there right below operations with a negative sign?

11          MS. PACE:  Would you point out to me where

12      you're asking her?  Thank you.

13      A.    Gravida 2, para 2  Two children, that indicates

14  she has two children.

15      Q.    Below that, it looks like she was on Betoptic

16  eye drops and has glaucoma?

17      A.    Yes.

18      Q.    Did she ever discuss with you her treatment of

19  glaucoma?

20      A.    No.

21      Q.    Can you read me what you had noted for the rest

22  of that visit for 1-19-95?

23      A.    Okay.  Her physical exam:  HEENT normal.  Lungs

24  clear.  Abdomen soft.  Heart has regular rhythm.

1    Extremities, no edema.  TM is normal.  TM.

2             Q.    Did you have --

3             A.    Tympanic membranes.

4             Q.    And underneath the date on the left-hand side,

5    it looks like she had a weight of 156 pounds; is that

6    correct?

7             A.    Yes.

8             Q.    Her blood pressure was 130/90?

9             A.    90.

10            Q.    Is that her pulse?

11            A.    Pulse rate, 72.

12            Q.    Underneath her pulse rate, then, can you read

13   to me what that says?

14            A.    She needed tetanus injection.  That's the main

15   purpose she was there.

16            Q.    And the last notation, I guess it's about

17   halfway down in that left-hand column?

18            A.    New patient office visit.

19            Q.    Was that the bulk of that office visit?

20            A.    Yes.

21            Q.    So she would have received a tetanus shot?

22            A.    Yes.

23            Q.    Did she receive any prescription medications on

24   this visit?

1   A. No, nothing.

2   Q. Any tests ordered during this visit?

3   A. Nothing.

4   Q. The next time she came in is on the bottom of

5 this page, it looks like, on July 18th, 1995.  Would that

6 be the next time that she actually came into your office?

7   A. Yes.

8   Q. And would that be because of something that she

9 scheduled or your office would have scheduled with her?

10   A. She scheduled herself.

11   Q. What was the reason for this visit, if you

12 know?

13   A. Physical exam.

14   Q. Can you read to me what your notations are

15 during this visit?

16   A. Again, the upper few lines are she's gravida 2,

17 para 2.  No meds.  Menopausal since 1986.  No allergies and

18 smoke half pack a day.  And it says, "see copy," so that

19 was her physical exam for work.  That's what form she

20 needed to be filled out.  She was here.

21   Q. So she actually brought you in something from

22 where she was working?

23   A. Yes.

24   Q. For you to fill out?

1    A.    Yes.

2    Q.    Would you have retained a copy of that for your

3    records?

4    A.    Possibly.

5    Q.    Again, I would just ask that if you do have a

6    copy, that you provide that as well, because it doesn't

7    appear that we have a copy of anything along those lines.

8          On the left-hand side here, directing your

9    attention back to Defendant's Exhibit 1, underneath the

10   date, it looks like you have her weight, her blood

11   pressure.  Can you just read those numbers for me?

12   A.    Weight, 152.  Blood pressure, 120/90 and pulse

13   rate 80 and afebrile.  No fever.

14   Q.    Were there any tests ordered during this

15   visit?

16   A.    No.

17   Q.    Any medications prescribed?

18   A.    No.

19   Q.    Is it unusual for you to see a patient twice in

20   one year for a physical exam?

21   A.    Not really.

22   Q.    I'm going to turn now to the next visit we

23   have, and unfortunately, I do not have a good copy of this.

24   Do you have a better copy?

1          MS. MARSHALL:  Can we go off the record a

2     second?

3               (Discussion held off the record.)

4               (Defendant's Exhibit 2 was marked for

5               identification.)

6          Q.    Dr. Mehta, I'm now handing you what's been

7     previously marked Defendant's Exhibit 2.  Take a look at

8     that and tell me if you recognize it.

9          A.    Yes.

10         Q.    How do you recognize it?

11         A.    It is my handwriting.

12         Q.    It looks like, from this record, that your next

13    visit would have been May 19th, 1997; is that correct?

14              MS. PACE:  I assume you mean Miss Beckman's

15              next visit with Dr. Mehta?

16              (Discussion held off the record.)

17         Q.    And, again, I'm sorry if I misspoke earlier,

18    but Linda Beckman's last visit with you was on May 19th,

19    1997; is that correct?

20         A.    Yes.

21         Q.    Can you please read what your notations are for

22    this visit?

23         A.    Complained of lump in her left breast.  And

24    physical exam:  Small cystic lump below left breast about

half by half centimeter, nontender, bilateral breast, no

lumps.  Physical exam documented it's normal.  Rest of

physical exam normal.  Lungs clear.  Abdomen soft.  Heart

rate normal.  Heart exhibits regular rhythm.  No edema.

Q.    What was the reason for Miss Beckman's visit on

this occasion?

A.    Lump in her left breast.

Q.    Were any tests ordered as a result of this?

A.    I think she probably had her mammogram.  I

ordered one mammogram around that time, and it was normal.

Q.    How would those results have come back to you?

A.    Come back in the mail.

Q.    Was Miss Beckman then brought back to your

office for those test results?

A.    No.

Q.    How are the test results actually conveyed to

her?

A.    She called.  She must have called.

Q.    Were any medications prescribed on this visit?

A.    No.

Q.    On the left-hand side, it looks like you've

also noted her weight, her blood pressure.  I'm not sure if

this is her pulse or not.  If you can just read those

numbers for me.

1     A.     Weight, 150 pounds.  Blood pressure 120 --

2   120/80.  Pulse rate, 84 per minute.

3     Q.     Anything else that was unusual about this visit

4   or that you remember?

5     A.     Nothing.

6     Q.     It looks like on the bottom of this page,

7   Ms. Beckman's next visit with you was on February 22nd,

8   1999.  Do you know what the reason was for this visit?

9     A.     Bronchitis.

10     Q.     Can you please read for us what your notations

11   are here on the bottom half of Defendant's Exhibit 2?

12     A.     Fever, chills, cough, cough severe, dry cough

13   present, sore throat and earache.  Physical exam:  Lungs,

14   bilateral wheezing present.  Abdomen soft.  Heart responds

15   to regular rhythm.  Extremities, no edema.  Acute

16   bronchitis, pharyngitis.  And treatment given was

17   Amoxicillin, 500 milligrams, three times a day, 24

18   capsules.

19     Q.     That was something that you had prescribed for

20   her?

21     A.     Yes.

22     Q.     Do you know if she was on any other medications

23   at this time?

24     A.     No.

1    Q.    And then on the left-hand side here, if you

2    could just read down for me what your indications are.

3    A.    No allergies, no known allergies.  Smoking half

4    pack per day.  No alcohol.  Gravida 2, para 2.  No

5    operations.  ROS is review of systems.  Weight loss, she

6    said she was dieting.  Medications, none.  Aspirin

7    occasionally.

8    Q.    Did she talk to you at all about her dieting?

9    A.    No.

10    Q.    It looks like she noted her weight was 132

11    pounds, and her blood pressure was 112/70; is that correct?

12    A.    Yes.

13    Q.    So she had lost about 20 pounds since her last

14    or her previous visit?

15    A.    Yes.

16    Q.    Did she ask for your advice at all with regards

17    to dieting?

18    A.    No.

19    Q.    Did you ask her about what she was doing as far

20    as her dieting?

21    A.    No.

22    Q.    Was there any discussion other than the fact

23    that she was dieting?

24    A.    No.

```
 1              MR. HEALEY:  I'm going to just object for the
 2         record.  I don't know if she said she was dieting.
 3         Did she say that?
 4              THE WITNESS:  Yes.
 5              MR. HEALEY:  I'm sorry.
 6              MS. PACE:  It's written there.
 7   BY MS. MARSHALL:
 8         Q.   Is there anything else about this visit that
 9   you recall?
10         A.   No.
11         Q.   Any tests ordered?
12         A.   No.
13         Q.   And other than -- was it Amoxicillin that was
14   prescribed?
15         A.   Yes.
16         Q.   Other than that, any other medications
17   prescribed?
18         A.   No.
19         Q.   Doctor, I'm going to hand you the next exhibit.
20              (Defendant's Exhibit 3 was marked for
21              identification.)
22         Q.   Doctor, I'm handing you what's been previously
23   marked as Defendant's Exhibit 3.  Do you recognize that?
24         A.   Yes.
```

1    Q.    How do you recognize it?

2    A.    It's my handwriting.

3    Q.    It looks like from here that your next visit

4    or, actually, Linda Beckman's next visit with you, can you

5    read that date at the top of that page for me?

6    A.    July 22, 1999.

7    Q.    Do you know what the reason for her visit with

8    you on this occasion was?

9    A.    Headaches and neck pain for four days.

10    Q.    Can you read for us what your notations are for

11    this visit?

12    A.    Seen by Dr. King, chiropractor.  Headaches

13    better.  Complain of bilateral finger numbness.  Physical

14    exam:  HEENT normal.  TM normal.  Lungs clear to

15    auscultate.  Abdomen soft.  Liver, spleen not palpable.

16    Heart rate regular rhythm.  Extremities normal.  Good

17    dorsalis pedis and posterior tibial.  Neuro normal.

18    Assessment, A and P, usually we do assessment and plan.

19    Severe headaches, cervical strain, menopausal.

20    Q.    Do you know how she received a cervical strain?

21    A.    No.

22    Q.    Would that be something that you would discuss

23    with her?

24    A.    If it was an issue, but mostly it was

1    headaches, so, no.

2         Q.    Can you note for me what you have notated on

3    the left-hand side?

4         A.    Left side?  Mammogram normal.  Review of

5    system:  No shortness of breath, no chest pain, no nausea,

6    vomiting, diarrhea, constipation.  Eyes sore.  Gravida 2,

7    para 2.  She stopped estrogen because of side effects.

8    Medication, Os Cal D plus vitamin D.  Os Cal with vitamin

9    D, 500 milligrams, twice a day.

10        Family history reviewed.  Smoking half pack a

11   day.  And on the side, it's vena puncture, chemistry 18 and

12   lipids, the tests were done.

13        Q.    Where were those tests done?

14        A.    We just do the lab.

15        Q.    Any other tests done as a result of this office

16   visit?

17        A.    No.

18        Q.    You have noted her weight and her blood

19   pressure at the top left-hand corner --

20        A.    Yes.

21        Q.    -- below the date.  Can you read for me what

22   those numbers are?

23        A.    Weight is 142 pounds.

24        Q.    Okay.

1    A.    Blood pressure, 146/90.  Pulse rate, 76 per

2    minute.

3    Q.    Is that 142 or 192 for her weight?

4    A.    142.

5    Q.    Do you recall what Miss Beckman mentioned to

6    you concerning her headaches?

7    A.    No, I don't.

8    Q.    Just that she was having headaches?

9    A.    (Nodding head.)

10    Q.    When you have a notation, headaches, neck pain

11    times four days, is that she was having headaches all four

12    days, or four days ago, she was having headaches?

13    A.    I don't recall.  Could be on and off or it

14    could be four days.

15    Q.    She mentioned that she was seeing a

16    chiropractor.  Did she ever mention to you that she was

17    seeing any other physicians?

18    A.    No.

19    Q.    Do you know who prescribed her estrogen?

20    A.    No.  Usually gynecologist.

21    Q.    Did she indicate to you that she was taking any

22    other medications or that she had stopped taking any other

23    medications?

24    A.    No.

1        Q.    Were you able to make a diagnosis concerning

2    her headaches?

3        A.    No.

4        Q.    Were there any tests performed in order to make

5    a determination concerning her headaches?

6        A.    Blood test during that visit.

7        Q.    Do you recall the results of that blood test?

8        A.    I don't recall offhand, but they were normal.

9        Q.    If those blood tests came back normal, how

10   would those results have been conveyed to Miss Beckman?

11       A.    She must have called.

12       Q.    Are those results something that your office

13   gives to her or that you would actually talk to her on the

14   phone about?

15       A.    The office would give to her.

16       Q.    Were there any medications prescribed on this

17   occasion?

18       A.    No.

19       Q.    And as you mentioned, there were no other tests

20   ordered, correct?

21       A.    No.

22       Q.    Why was the blood test performed?

23       A.    That's the first thing we do, usually, kind of

24   normal screen and see if she had any abnormality on the

1    blood test.

2           Q.    Was there anything specific you were looking

3    for?

4           A.    Nothing specific, just routine blood test,

5    which we ordered chemistry 18 and lipids.

6           Q.    I want to talk to you, then, about her next

7    visit with you, which is on the bottom of Defendant's

8    Exhibit 3.  It looks like the date there is August 16th,

9    1999; is that correct?

10          A.    Yes.

11          Q.    Can you read for me what your notations are

12   concerning this visit?

13          A.    Alarm woke her up at 4:00 a.m. on Saturday, 14.

14   Got headaches, nauseated and dizziness, and whole head was

15   sore.  Light-headedness.  No tingling in bilateral fingers.

16   Physical exam:  HEENT normal.  Lungs clear.  Usually,

17   headaches around bilateral mastoid, mastoid pain bilateral

18   ears, I think, mastoid pain with headaches.  Rest of

19   physical exam normal.  Diagnosis:  Headaches.  Near

20   syncope.  Treatment:  CAT scan of the head and Advil.

21          Q.    Does that indicate that she was taking Advil or

22   is that something that you prescribed for her?

23          A.    She was advised or suggested to take Advil.

24          Q.    That was the suggestion that you made?

1       A.    Yes.

2       Q.    Was that a prescription strength of ibuprofen,

3 perhaps?

4       A.    No.

5       Q.    Just to go home and take Advil?

6       A.    Yes.

7       Q.    Were there any tests performed as a result of

8 this?

9       A.    CAT scan of her head.

10      Q.    Do you remember the results of that CAT scan?

11      A.    Normal.

12      Q.    Were there any other tests performed?

13      A.    No.

14      Q.    Was there any diagnosis made as a result of

15 this visit?

16      A.    No.

17      Q.    Was there any follow-up recommended to Miss

18 Beckman to see a specialist?

19      A.    I don't recall that right now.

20      Q.    Any follow-up which you recommended?

21      A.    Four to five weeks.

22      Q.    At any point during this time, did Miss Beckman

23 ever mention to you that she was taking Metabolife?

24      A.    No.

1      Q.    Did she ever talk to you that she had
2    considered taking Metabolife?
3      A.    No.
4      Q.    Did she ever talk to you on any occasion
5    concerning losing weight?
6      A.    No.
7      Q.    Or a program to lose weight?
8      A.    No.
9      Q.    Did she ever ask for your advice to refer her
10   to somebody in that regard?
11     A.    No.
12     Q.    Is this the last time that you saw Miss Beckman
13   in your office?
14     A.    Yes.
15     Q.    Are you aware that Miss Beckman later presented
16   to the hospital in September of 1999?
17     A.    Yes.
18     Q.    How did you become aware of that?
19     A.    A few months -- I don't know when exactly.  A
20   few months later, we had just received a CAT scan of her
21   head.
22     Q.    During her hospital visits in September, were
23   you ever notified by any of the hospitals concerning her
24   care or treatment?

1      A.    I don't recall.

2      Q.    Were you ever contacted by any of her other

3   treating physicians?

4      A.    No.

5      Q.    At any point in time?

6      A.    No.

7      Q.    Did you ever see her in the hospital?

8      A.    No.

9      Q.    After the CAT scan that was ordered in August

10  of 1999, did you ever order any further tests for Miss

11  Beckman?

12     A.    No.

13     Q.    Any further medications for her?

14     A.    No.

15     Q.    After you received the results of her CAT scan

16  some months later, were you ever contacted by any of her

17  physicians during her hospital stays?

18     A.    No.

19     Q.    Have you ever discussed her ultimate diagnosis

20  with any of her treating physicians?

21     A.    No.

22     Q.    Did you contact the hospital concerning those

23  CAT scans that were later performed?

24     A.    No.

1        Q.    Do you have any opinions in this case
2    concerning Linda Beckman?
3        A.    No.
4        Q.    Do you have any opinions concerning ephedra?
5        A.    No.
6        Q.    Do you have any opinions concerning Metabolife?
7        A.    No.
8        Q.    Before this deposition began today, did you
9    have a meeting with plaintiff's counsel?
10        A.    Yes.
11        Q.    Can you tell me what was discussed during that
12    meeting?
13        A.    In general, why my deposition was necessary.
14        Q.    And what was indicated to you why your
15    deposition was necessary?
16        A.    Nothing.  Just go over the records.  Nothing
17    major.  I don't know.  But that's basically it.
18            MS. MARSHALL:  Thank you, Dr. Mehta.  I have no
19            further questions.
20            THE WITNESS:  Okay.
21            MS. PACE:  I do not.  Would you like signature?
22            MR. HEALEY:  Yes, please.  It means if it's
23            transcribed, you have the right -- I'm asking that
24            you review it and sign it, so we have a right to

1    review it.

2                THE WITNESS:  Okay.  Yes.

3

4                                    _____

5                                          JYOTI MEHTA, M.D.

6                            - - -

7            DEPOSITION CONCLUDED AT 10:35 A.M.

8                            - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                    C E R T I F I C A T E

 2    STATE OF OHIO          :
                             :         SS
 3    COUNTY OF HAMILTON     :

 4          I, Susan M. Gee, RMR, the undersigned, a duly

 5    qualified and commissioned notary public within and for the

 6    State of Ohio, do hereby certify that before the giving of

 7    her aforesaid deposition, JYOTI MEHTA, M.D., was by me

 8    first duly sworn to depose the truth, the whole truth and

 9    nothing but the truth; that the foregoing is the deposition

10    given at said time and place by JYOTI MEHTA, M.D.; that

11    said deposition was taken in all respects pursuant to

12    stipulations of counsel; that I am neither a relative of

13    nor employee of any of the parties or their counsel, and

14    have no interest whatever in the result of the action; that

15    I am not, nor is the court reporting firm with which I am

16    affiliated, under a contract as defined in Civil Rule

17    28(D).

18          IN WITNESS WHEREOF, I hereunto set my hand and

19    official seal of office at Cincinnati, Ohio, this ____ day

20    of _____, 2003.

21

22

23
      My commission expires:    _____
24    September 20, 2005         Susan M. Gee, RMR
                                 Notary Public - State of Ohio
```

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620  Cincinnati, Ohio  45202**