NAME: Linda Beckman    D.O.B: 11-7-47    AGE: 47    DATE: 1-19-95

Date: 1-19-95
Wt: 156 lb
BP: 130/90
T: 72/m

needs PT Inv 2

- allergies ⊖
- meds ⊖
- operations ⊖
- hospital Cig 1/2
- on Betoptic Eyedrops. has glaucoma

P/E HEENT - NL
Lungs - clear
Abd - soft
Heart S1 S2 ⊕
Ext ⊖ oedema
PNS NL

FH - mother - DM
     father - glaucoma
hospitalization ⊖
smoking - 1/2 PPD
alcohol occasional wine

Date: 7-18-95
Wt: 152 lb
BP: 120/90  80/min  afebrile
215
OU 4⊕
UA

- Bil glaucoma
- Betoptic eye drops 1 drop q daily
- Cig 1/2 P2
- On no meds
- menopausal since 1986
- allergies ⊖
- smoking - 1/2 PPD

See copy copy

DEFENDANT'S EXHIBIT
1-Mehta
SMG 3-303

00003