Linda Beckman                              11-7-47

Date: ~~5-17-98~~
Wt. 130
B.P. 130/80
Temp. 98.1

→ c/o lump under
  Lt Breast

P/E Small cystic lump
    below Lt breast - at strap level
    about 0.5 x 0.5 cm
    Non tender

Bil Breasts ⊖ lumps

P/E Rest of P/E on
    being clear
    Abd soft
    Legs ⊖ stasis
    ⊖ oedema

Date 2-22-99
Wt. 132 lbs
B.P. 112/70
Pulse 68/min

NKA
Smoking 1 PPD
Alcohol ⊖
no operation
meds
ξ ASA

By Amoxicillin
500 mg tid
2/7

fever ⊕ chills ⊕
cough ⊕ fever
dry cough ⊕
sore throat / Earache

P/E
Lungs Bil wheezes ⊕
Abd soft
HR S₁S₂
Ext ⊖ oedema

Acute Bronchitis
Pharyngitis

Gr 1/2
ROS
Dieting ⊕

DEFENDANT'S EXHIBIT
2- Mehta
mb 3-3-03

00001