Linda Beckman
DOB 11-9-47  52 yrs

7-22-99
146/90
76/min

Headaches & neck pain x 4 days
Seen by Dr. King chiropractor
headaches better.
B/L finger numbness

mammogram (N)
ROS
⊖ SOB  ⊖ CP
⊖ N/V/D/constipation
Eyes sore
G2 P2
stopped estrogen 2° side effects
OS Cal c̄ Vit D strong
ffl reviewed
Smoking 1/2 PPD
UA / Chem 18
lipid

P/E HEENT - nl
Lung clear to A
Abd soft & supple
Ext - nl  ⊕ full DTR's
Neuro - nl

A) severe headaches
   cervical strain
   menopause

8/16/99
138/        Rpt
64/    ↓ 150/90

Mother - Diabetes M
Smoking 1/2 PPD
213

FU OK's
BOS OK
spf

alarm woke pt
at 4am on Sat 8/13/99
got headache, nauseated &
dizziness & whole head was
sore ⊕ lightheadedness
⊖ tingling in L4 finger

P/E HEENT nl
Lung clear

Pt usually headaches anterior
left mastoid pain
c̄ headaches
Rest of P/E nl
Dx Headaches         Rx CT head
Near Syncope           Advil

DEFENDANT'S
EXHIBIT
3 - Mehta
SMB 3-303