# CIVIL MINUTE SHEET

CASE NUMBER: C-1-01-643   DATE: Monday, Dec 15, 2003
TITLE: Cyr v. Metabolife Int'l
RE: Hearing on Docs. 98 & 115
(11:00 - 2:32)

Honorable Sandra S. Beckwith
Courtroom Deputy: Mary Brown
Law Clerk: Nate Smith
Court Reporter: Mary Ann Ranz

**Attorney for Plaintiff(s)**
Janet Abaray
Beverly Pici
Calvin Tregre

**Attorney for Defendant(s)**
Thom Mansur

**WITNESSES** (Craig)
1) Dr. Chax Molgaard (11:46 - 12:45)
2) Ronald Millard, Ph.D. (1:11 - 1:49)
3) Guy Rohrdorf, Ph.D. (1:50 - 2:16)

## PROCEEDINGS

Doc. 98 withdrawn - Mort Argument presented on doc. 115. D calls witnesses Molgaard, Millard, & Rohrdorf. Closing Arguments presented. Taken under submission.