IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHERRY COX, et al. | : Civil Action No. C-1-01-643 |
| Plaintiffs, | : Judge Beckwith |
| | : Magistrate Hogan |
| vs. | : |
| METABOLIFE INTERNATIONAL, INC. | : |
| Defendant | : |

## PLAINTIFFS' NOTICE OF FILING
## OF DEPOSITION OF ROBERT J. GERRAUGHTY, PH.D.

Plaintiffs hereby give notice that a copy of the deposition of Robert J. Gerraughty, Ph.D. was filed with the Court on December 31, 2003.

Respectfully submitted,

**/s/ Janet G. Abaray**
Janet G. Abaray, Esq.  (0002943)
Beverly H. Pace, Esq.  (0037534)
LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611 (fax)
jabaray@lopez-hodes.com
bpace@lopez-hodes.com

Attorney for Plaintiffs

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2003, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk on the following:

Thomas P. Mannion, Esq.
Sutter O'Connell Mannion & Farchione Co.
3600 Erieview Tower
1301 East 9th Street
Cleveland, OH  44114

Attorney for Defendant

                                       **/s/ Janet G. Abaray**
                                       Janet G. Abaray