**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Sherry Cox,
    Plaintiff

v.                                                  Case No.  1:01-cv-643

Metabolife International, Inc.,
    Defendant

**NOTICE**

    The Final Pretrial/Settlement Conference is RESCHEDULED from February 6, 2004 TO January 26, 2004 at 9:00 a.m. in Room 810.

    All deadlines based on the Final Pretrial/Settlement Conference (i.e., the submission of the Trial Briefs, Motions in Limine, etc.), are to be calculated from this new date. **The Joint Final Pretrial Statement is due by noon on January 21, 2004**.

January 14, 2004                                    s/Mary Brown
Date                                                       Mary Brown, 513.564.7520
                                                          Case Manager to Judge Beckwith

To:  All Counsel