UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHERRY COX | : | |
| | : | Civil Action No. C-1-01-643 |
| PLAINTIFF | : | |
| | : | Honorable Judge Sandra Beckwith |
| v. | : | |
| | : | |
| METABOLIFE, INC. | : | NOTICE OF APPEARANCE |
| | : | |
| DEFENDANT | : | |

Notice is hereby given that **Calvin S. Tregre, Jr.**, a member in good standing of the bar of this Court and of the bar of the Supreme Court of Ohio, will appear as Co-Trial Attorney for Plaintiff in the above-captioned case.

Respectfully submitted,

**/s/ Janet G. Abaray**
Janet G. Abaray, Esq.  (0002943)
Beverly H. Pace, Esq.  (0037534)
Calvin S. Tregre, Jr., Esq. (0073454)
LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600      (513) 852-5611 (fax)
jabaray@lopez-hodes.com
bpace@lopez-hodes.com

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of January, 2004, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk on the following:

Christina J. Marshall, Esq.
Thomas P. Mannion, Esq.
Sutter O'Connell Mannion & Farchione Co.
3600 Erieview Tower
1301 East 9th Street
Cleveland, OH  44114

Attorney for Defendant

                                    **/s/ Janet G. Abaray**
                                      Janet G. Abaray, Esq.  (0002943)
                                      Beverly H. Pace, Esq.  (0037534)
                                      Calvin S. Tregre, Jr., Esq. (0073454)