UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **SHERRY COX, as Administrator of the Estate of Linda S. Beckman, deceased**<br><br>**Plaintiff**<br><br>vs.<br><br>**METABOLIFE INTERNATIONAL, INC.**<br><br>**Defendant** | CASE NO:    C-01-643<br><br>JUDGE        SANDRA S. BECKWITH<br>Magistrate   Timothy S. Hogan<br><br>**DEFENDANT METABOLIFE INTERNATIONAL, INC.'S SUPPLEMENTAL IDENTIFICATION OF EXHIBITS** |

Now comes Defendant, Metabolife International, Inc., and hereby supplements its previously filed Exhibit List with the following:

DX2128    Labels from Metabolift Thermogenic Diet Formula
         (brown bottle of ephedrine dietary supplement)

Respectfully submitted,

**Sutter, O'Connell, Mannion & Farchione Co. L.P.A.**

/s/ Thomas P. Mannion
THOMAS P. MANNION (0062551)
CHRISTINA J. MARSHALL (0069963)
3600 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
(216) 928-2200
Fax: (216) 928-4400
tmannion@sutter-law.com

Attorneys for Defendant
Metabolife International, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing *Defendant Metabolife International, Inc.'s Supplemental Exhibit Identification* was forwarded to the following via facsimile, e-mail and U.S. regular mail on this 22nd day of January, 2004 to:

Janet G. Abaray, Esq.
Beverly J. Pace, Esq.
Lopez, Hodes, Restaino, Milman, Skikos & Polos
312 Walnut Street
Suite 2090
Cincinnati, Ohio  45202

Attorneys for Plaintiff

/s/ Thomas P. Mannion
THOMAS P. MANNION (0062551)
CHRISTINA J. MARSHALL (0069963)

Attorneys for Defendant,
Metabolife International, Inc.