UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Sherry Cox,
    Plaintiff

v.                                     Case No. 1:01-cv-643

Metabolife International, Inc.,
    Defendant


**ORDER**


The Court having been advised by the parties that the within action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown no later than February 20, 2004, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.


Date: January 27, 2004            s/Sandra S. Beckwith
                                            Sandra S. Beckwith
                                            United States District Judge